Michael R. Dufour – SBN 290981
mdufour@swlegalgrp.com
**SOUTHWEST LEGAL GROUP**
22440 Clarendon Street, Suite 200
Woodland Hills, CA 91367
Tel: (818) 591-4300
Fax: (818) 591-4315

W. Craft Hughes (*Pro Hac Vice*)
craft@hughesellzey.com
Jarrett L. Ellzey (*Pro Hac Vice*)
jarrett@hughesellzey.com
**HUGHES ELLZEY, LLP**
Galleria Tower I
2700 Post Oak Boulevard, Suite 1120
Houston, TX 77056
Tel: (713) 554-2377
Fax: (888) 995-3335

*Counsel for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| MARY ANNE MASLO, SHELLY FRAZIER, JAMES GUFFEY, and NIVIA LANDON, individually and on behalf of all others similarly situated, <br><br> v. <br><br> AIG DIRECT INSURANCE SERVICES, INC., | Case No.  3:18-cv-00741-CAB-AGS <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs MARY ANNE MASLO, SHELLY FRAZIER, JAMES GUFFEY, and NIVIA LANDON, individually and on behalf of all others similarly situated, hereby give notice that the above captioned action is voluntarily dismissed without prejudice against the Defendant, AIG DIRECT INSURANCE SERVICES, INC.

PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL          2

Dated:  July 10, 2018

                                     Respectfully Submitted,

                                     MARY ANNE MASLO, SHELLY FRAZIER, JAMES GUFFEY and NIVIA LANDON, individually and on behalf of the Class of similarly situated individuals,

                                     */s/ Michael R. Dufour*
Michael R. Dufour – SBN 290981
mdufour@swlegalgrp.com
**SOUTHWEST LEGAL GROUP**
22440 Clarendon Street, Suite 200
Woodland Hills, CA 91367
Tel: (818) 591-4300
Fax: (818) 591-4315


W. Craft Hughes (*Pro Hac Vice*)
craft@hughesellzey.com
Jarrett L. Ellzey (*Pro Hac Vice*)
jarrett@hughesellzey.com
**HUGHES ELLZEY, LLP**
Galleria Tower I
2700 Post Oak Boulevard, Suite 1120
Houston, TX 77056
Tel: (713) 554-2377
Fax: (888) 995-3335

*Counsel for Plaintiffs and the Putative Class*